IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES**                                                                                **PLAINTIFF**

**V.**                                    **CASE NO. 5:17-CR-50054**

**BRANDON MARTIN**                                                     **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation ("R&R") (Doc. 35) of the Honorable Erin L. Wiedemann, Chief United States Magistrate Judge for the Western District of Arkansas, concerning what the Court has construed as a Motion for Removal of Sentencing Enhancement (Doc. 34) filed by Defendant Brandon Martin. The Motion is in the form of a letter addressed to the undersigned, in which Mr. Martin points out the positive steps he has taken to improve his life in prison and asks that the two-level enhancement to his base offense level for the possession of a firearm be removed.

The Court joins the magistrate judge in commending Mr. Martin for his efforts to obtain drug treatment and educational opportunities while in prison. However, the R&R correctly observed that Mr. Martin has not suggested a valid legal reason under Federal Rule of Criminal Procedure 35 or 18 U.S.C. § 3582(c) to reduce his sentence. Furthermore, Mr. Martin has not filed any objection to the R&R's recitation of the facts or interpretation of the applicable legal standards. Instead, on May 17, 2019, he sent a follow-up letter to the undersigned, indicating that the "intent of [his first] letter was a plea to [the undersigned] and was meant for his eyes only and not to be determined by a Magistrate Judge . . . ." (Doc. 36 at 2).

1

**IT IS THEREFORE ORDERED** that the Report and Recommendation (Doc. 35) is **ADOPTED**, and what the Court has construed as a Motion for Removal of Sentencing Enhancement (Doc. 34) is **DENIED**.

**IT IS SO ORDERED** on this 24th day of May, 2019.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE